UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-8146-JFW (PJWx)**                              Dated: **August 26, 2016**

Title:       Star Fabrics, Inc. -v- A Gaci LLC, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

Shannon Reilly                              None Present
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's December 8, 2015 Scheduling and Case Management Order ("CMO"), the Court set May 3, 2016 as the last day to conduct a Settlement Conference, and May 10, 2016 as the last day to file a Joint Report Re: Results of Settlement Conference. The parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference on or before May 10, 2016, and presumably by failing to complete the Settlement Conference by the Court-ordered deadline of May 3, 2016.

Accordingly, the parties are ordered to show cause in writing by August 31, 2016 why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk    sr